**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

GREAT MIDWEST INSURANCE COMPANY,

    Plaintiff,

vs.                                                                                                No. 12-cv-0047 GBW/SMV

PROFESSIONAL HOME HEALTHCARE, INC.

    Defendant.

**AMENDED INITIAL SCHEDULING ORDER**

THIS MATTER comes before the Court *sua sponte*. After conferring with counsel, the Court finds that the time for the Rule 16 initial scheduling conference, set originally in the Initial Scheduling Order [Doc. 6], should be reset.

IT IS THEREFORE ORDERED that the Rule 16 initial scheduling conference will be held by telephone on **Friday, March 16, 2012 at 9:00 a.m.** Parties shall call Judge Vidmar's "Meet Me" line at 505-348-2357 to be connected to the proceedings. Counsel shall be prepared to discuss the following: discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert* hearing is needed, *see Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993), initial disclosures, and the timing of expert disclosures and reports under FED R. CIV. P. 26(a)(2). We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). Client attendance is not required.

IT IS FURTHER ORDERED that all other deadlines of the original Initial Scheduling Order [Doc. 6 ] remain in effect.

SO ORDERED.

                                                                                       _____
                                                                                       STEPHAN M. VIDMAR
                                                                                       United States Magistrate Judge