**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**GREAT MIDWEST INS. CO.,**

    **Plaintiff,**

**vs.**                                                                                              **No. 1:12-0047 GBW/SMV**

**PROFESSIONAL HOME HEALTHCARE, INC.,**

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed March 2, 2012 [Doc. 9], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order filed March 16, 2012 [Doc. 14].

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**