IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GREAT MIDWEST INSURANCE COMPANY,**

    Plaintiff,

v.                                       Case No.:  1:12-CV-00047-GBW-SMV

**PROFESSIONAL HOME HEALTH CARE, INC.**

    **Defendant.**

**STIPULATED ORDER GRANTING LEAVE
FOR PROFESSIONAL HOME HEALTH CARE, INC.
TO FILE THIRD PARTY COMPLAINT**

THIS MATTER, having come before the Court on the unopposed Motion of Defendant Professional Home Health Care, Inc., [Doc. 12], and good cause being shown, IT IS THEREFORE ORDERED:

1. Defendant Professional Home Health Care, Inc. is granted leave to file a third-party complaint against Philadelphia Insurance Company for declaratory judgment.

2. The third party-complaint against Philadelphia Insurance Company shall be filed by April 6, 2012.

**IT IS SO ORDERED.**

                                                      _____
                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

Submitted by:

***/s/* Randolph B. Felker**
Randolph B. Felker, Esq.
FELKER ISH RITCHIE & GEER, PA.
911 Old Pecos Trail
Santa Fe, New Mexico  87505-0366
PHONE: (505) 988-4483
FAX: (505) 983-4876
**Counsel for Defendant**

Approved By:

***/s/* Email approval, 3/21/2012**
M. Clea Gutterson, Esq.
CIVEROLO, GRALOW, HILL & CURTIS
P. O. Drawer 887
Albuquerque, New Mexico  87103
PHONE: (505) 842-8255
FAX: (505) 764-6099
**Counsel for Plaintiff**