**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**GREAT MIDWEST INSURANCE COMPANY,**

    Plaintiff,

v.                                          No. 12-cv-0047 MV/SMV

**PROFESSIONAL HOME HEALTHCARE INC.,**

    Defendant and Third-Party Plaintiff,

v.

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

    Third-Party Defendant

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO VACATE PRETRIAL AND SETTLEMENT CONFERENCE DEADLINES

THIS MATTER is before the Court on Defendant and Third-Party Plaintiff Great Midwest Insurance Company ("Defendant") and Third-Party Defendant Philadelphia Indemnity Insurance Company's Joint Motion to Vacate Pretrial and Settlement Conference Deadline[s] [Doc. 37] ("Motion"), filed on August 10, 2012.  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the motion should be granted in part and denied in part.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Vacate Pretrial and Settlement Conference Deadline[s] [Doc. 37] is **GRANTED** to the extent that it asks the Court to vacate the Settlement Conference currently set for August 20, 2012, in Albuquerque, New Mexico.  The Settlement Conference is hereby **VACATED**.

The Motion is **DENIED** to the extent that it asks the Court to vacate the current Scheduling Order [Doc. 14], which will remain in effect until further Court order. A second Rule 16 scheduling conference will be held to address modifying the pretrial deadlines.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**