**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**GREAT MIDWEST INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                      **No. 12-cv-0047 MV/SMV**

**PROFESSIONAL HOME HEALTHCARE INC.,**

    **Defendant and Third-Party Plaintiff,**

**v.**

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

    **Third-Party Defendant**

<u>**ORDER SETTING SECOND RULE 16 SCHEDULING CONFERENCE**</u>

THIS MATTER is before the Court on Defendant and Third-Party Plaintiff Great Midwest Insurance Company ("Defendant") and Third-Party Defendant Philadelphia Indemnity Insurance Company's Joint Motion to Vacate Pretrial and Settlement Conference Deadline[s] [Doc. 36] ("Motion"), filed on August 10, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a second Rule 16 scheduling conference will be held telephonically on **Monday, August 20, 2012 at 10:00 a.m.** Parties shall call Judge Vidmar's "Meet Me" line at 505-348-2357 to be connected to the proceedings. Counsel shall be prepared to discuss modifying the current pretrial scheduling deadlines.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**